ACCEPTED
12-14-00226-CR
TWELFTH COURT OF APPEALS
TYLER, TEXAS
2/22/2015 5:05:09 PM
CATHY LUSK
CLERK

No. 12-14-00226-CR

| | |
|---|---|
| In the Court of Appeals<br>for the Twelfth Judicial District<br>at Tyler, Texas | FILED IN<br>12th COURT OF APPEALS<br>TYLER, TEXAS<br>2/22/2015 5:05:09 PM<br>CATHY S. LUSK<br>Clerk |

Jock Dominey,
Appellant

V.

State of Texas,
Appellee

On Appeal From Cause No. 2014-0069 in the 159th
Judicial District Court of Angelina County, Texas

## State's Motion for Leave to File Brief Out of Time

To the Honorable Justices of this Court:

Appellee, State of Texas, moves to file its brief out of time.

I.

Under the Texas Rules of Appellate Procedure, the general deadline to file an appellee's brief is 30 days after the date the appellant's brief was filed. Tex. R. App. P. 38.6(b). Appellant's Brief was filed on November 26, 2014, giving the State until Friday December 26, 2014 to file its brief. A motion to extend was granted, giving the State until Monday January 26,

2015 to file its brief, due to January 25, 2015 being a Sunday. Another motion to extend was granted giving the State until February 9, 2015 to file its brief, and another motion to extend was granted giving the State until February 17, 2015 to file its brief.

The State of Texas filed its brief at 12:08 a.m. on February 18, 2015.

## II.

Good cause exists for allowing the State to file its brief out of time for the following reasons:

1.	Counsel for the State was working on and completed other briefs during this time-frame in *Albro v. State*, No. 12-14-00182-CR, *Owens v. State*, No. 12-13-00386-CR and *Finley v. State*, No. 12-14-00005-CR during this same time frame.

2.	Counsel for the State thought the brief had been uploaded via the efile system on February 17, 2015 (the deadline to file State's Brief), and immediately uploaded it when counsel realized it had not uploaded.

3.	Counsel for the Appellant is unopposed to this motion.

III.

From the above-listed reasons, the State has demonstrated that good cause for the failure to be able to submit its brief by the Court's deadline. This motion is not brought for purposes of delay or harassment, but to see that justice is done.

Wherefore, Appellee State of Texas prays that the Court grant its requested motion for leave to file State's Brief out of time.

Respectfully Submitted,

/s/April Ayers-Perez
Assistant District Attorney
Angelina County D.A.'s Office
P.O. Box 908
Lufkin, Texas 75902
(936) 632-5090 phone
(936) 637-2818 fax
State Bar No. 24090975
aperez@angelinacounty.net

Attorney for Appellee
State of Texas

**Certificate of Service**

I do certify that on February 22, 2015 a true and correct copy of the above document has been served electronically to John Tunnell, 1007 Grant Ave., Lufkin, Texas, 75901, attorney for Appellant, Jock Dominey, through efile.txcourts.gov.

/s/April Ayers-Perez

**Certificate of Conference**

I certify that on February 22, 2015, I conferred with John Tunnel about this motion, and certify that he was unopposed to the State's Motion for Leave to file Brief Out of Time.

/s/April Ayers-Perez